UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ENRIQUE NUNEZ MAGALLON et al.,<br><br>Petitioners,<br><br>v.<br><br>TODD BLANCHE et al.,<br><br>Respondents. | Case No. 5:26-cv-06550-SB-AYP<br><br>ORDER GRANTING UNOPPOSED PETITION FOR A WRIT OF HABEAS CORPUS |

Petitioners Luis Enrique Nunez Magallon, Maia Teresa Nunez Magallon, and Rocio Farias Lopez were detained by Immigration and Customs Enforcement (ICE) on September 25, 2026 and are being held at the Adelanto ICE Processing Center. On November 4, 2026, they filed a joint petition for a writ of habeas corpus seeking immediate release or, alternatively, a bond hearing. Dkt. No. 1. The government was ordered to promptly notify the Court if it did not oppose Petitioners' requested relief and to otherwise respond by mid-November. On November 9, the government filed a response stating that "Respondents are not presenting an opposition argument at this time" and that "no more filings or proceedings will be necessary in this matter" should the Court enter relief. Dkt. No. 7.

In light of the government's nonopposition to Petitioners' request for immediate release, the Court grants the joint petition and orders as follows:

1. Respondents shall immediately release Petitioner Luis Enrique Nunez Magallon (A246-082-983) from detention.

2. Respondents shall immediately release Petitioner Maria Teresa Nunez Magallon (A246-082-986) from detention.

3. Respondents shall immediately release Rocio Farias Lopez (A246-082-984) from detention.

4. The government shall file a Notice of Release by November 12, 2026.

A final judgment shall separately issue.

Date: November 9, 2026

Stanley Blumenfeld, Jr.
United States District Judge