JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ENRIQUE NUNEZ MAGALLON et al.,<br>Petitioners,<br>v.<br>TODD BLANCHE et al.,<br>Respondents. | Case No. 5:26-cv-06550-SB-AYP<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order granting their joint petition for a writ of habeas corpus, Petitioners Luis Enrique Nunez Magallon (A246-082-983), Maria Teresa Nunez Magallon (A246-082-986), and Rocio Farias Lopez (A246-082-984) are ordered released.

This is a final judgment.

Date: November 9, 2026

Stanley Blumenfeld, Jr.
United States District Judge